1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LOUIE GRIJALVA,                           1:11-cv-00719-SKO (PC)

12                  Plaintiff,                 ORDER TRANSFERRING CASE TO THE
                                               CENTRAL DISTRICT OF CALIFORNIA
13   vs.

14   CALIFORNIA MEN'S COLONY, et al.,

15                  Defendants.

16   _____/

17          Plaintiff, a state prisoner proceeding  pro se, filed a civil complaint on May 5, 2011.  The

18   complaint seeks redress for the allegedly wrongful prison disciplinary conviction of trafficking in

19   drugs, cell phones, and other contraband at the California Men's Colony in San Luis Obispo.

20          The federal venue statute requires that a civil action, other than one based on diversity

21   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

22   reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

23   giving rise to the claim occurred, or a substantial part of the property that is the subject of the action

24   is situated, or (3) a judicial district in which any defendant may be found, if there is no district in

25   which the action may otherwise be brought."  28 U.S.C.  §  1391(b).

26          The events giving rise to Plaintiff's claims occurred in San Luis Obispo County, which is in

27   the Central District of California.  Therefore, Plaintiff's complaint should have been filed in the

28   United States District Court for the Central District of California.  In the interest of justice, a federal

                                              –1–

court may transfer a complaint filed in the wrong district to the correct district.  28 U.S.C. § 1406(a);

Costlow v. Weeks, 790 F.2d 1486, 1488 (9th Cir. 1986); Davis v. Mason County, 927 F.2d 1473,

1479 (9th Cir. 1991).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

District Court for the Central District of California.

IT IS SO ORDERED.

**Dated:    May 9, 2011**                                    **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE